UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR.09-0533 FCD |
| v. | ) | |
| | ) | |
| DEANDRE LORNELL BROWN, and | ) | |
| BRITTNEY MONIQUE BEACHAM, | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
       (X) Ad Prosequendum               () Ad Testificandum

Name of Detainee:    DEANDRE LORNELL BROWN
Detained at (custodian):    SACRAMENTO COUNTY JAIL

Detainee is:    a.)    (X) charged in this district by:  (X) Indictment  () Information  () Complaint
                          charging detainee with: **Conspiracy to Commit Sex Trafficking of Children**
    or    b.)    () a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    () return to the custody of detaining facility upon termination of proceedings
    or    b.)    (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on* **December 30, 2009,** *in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ KYLE F. REARDON |
| Printed Name & Phone No: | Kyle F. Reardon (916) 554-2782 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum               () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **December 30, 2009** at 501 I Street, 8th Floor, Sacramento, California, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: December 24, 2009

_____
United States Magistrate Judge

___

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | Deandre Lornell Brown, aka Deandre L. Brown | |
| | Deanore L. Brown, Deandre Brown | Male |
| Booking or CDC #: | X - REF. NO. 3948180 | DOB: 12/26/83 |
| Facility Address: | 651 I Street | Race: |
| | Sacramento, CA 95814 | FBI #: |
| Facility Phone: | (916) 874-5417 | |
| Currently Incarcerated For: | Conspiracy to Commit Sex Trafficking of Children | |

___

### RETURN OF SERVICE

Executed on _____    By: _____
                                                        (Signature)