```
J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Deandre Brown
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| | ) No. CR.S-09-533 FCD |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) CONTINUING STATUS |
| | ) CONFERENCE. |
| DEANDRE BROWN and | ) (Jan. 25, 2010 at 10:00 AM |
| BRITTNEY BEACHAM | ) before Judge Damrell) |
| | ) |
| | ) |
| Defendants. | ) |

This case is now set for status on January 11, 2010.  Because counsel for Defendant Brown needs some additional time  to prepare the case, and because counsel for Defendant Beacham is unavailable the parties stipulate that the status conference be continued to to January 25, 2010, at 10:00 a.m.  It is further stipulated that time under the Speedy Trial Act, 18 USC Section 3161(h)(7)(A) & (B)(iv), should be excluded for counsel preparation, Local Code T4 until that date.

The parties respectfully request the Court so order.

/ / /

/ / /

1

Dated: January 7, 2010

```
    /s/ KYLE REARDON                    /S/ J TONEY
      Kyle Reardon                       J. Toney
   Assistant U.S. Attorney         Attorney for Defendant Brown

                                       /S/ LEXI NEGIN
                                         Lexi Negin
                                  Attorney for Defendant Beacham
```

**IT IS SO ORDERED:**

Dated: January 7, 2010

```
                                  _____
                                  FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE
```

2