J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Deandre Brown

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) No. CR. S-09-533 FCD |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) CONTINUING STATUS CONFERENCE |
| | ) AND EXCLUDING TIME UNDER THE |
| DEANDRE BROWN, | ) SPEEDY TRIAL ACT |
| | ) |
| | ) (March 22, 2010 at 10:00 AM |
| | ) before Judge Damrell) |
| Defendant, | ) |
| _____ ) | |

A status conference is now set for March 8, 2010. The Co-Defendant's case is now set for status on March 22, 2010, at 10:00 a.m. In order to coordinate trial dates, the cases should be called at the same time. Additional time is also needed for Defendant Brown and his attorney to review the discovery which totals several hundred pages and numerous CDs. The parties therefore request that the Court approve the following stipulation:

IT IS STIPULATED between the plaintiff, United States of America and the Defendant, by and through their counsel, that the status conference be continued to March 22, 2010 at 10:00 AM

It is further stipulated that time from the date of this

1

stipulation through March 22, 2010 shall be excluded from the time when trial must be commenced under the Speedy Trial Act because the case is so unusual or complex within the meaning of the Speedy Trial Act, and for defense preparation.  The parties stipulate that these are appropriate exclusions within the meaning of Title 18, U.S. Code Section 3161 (h) (7) (A) and (B) (ii) and (iv), and Local Codes T2 and T4.

Dated February 19, 2010

```
   s/s KYLE REARDON                    s/s J TONEY
     Kyle Reardon                        J Toney
First Assistant U.S. Attorney     Attorney for Defendant
```

**ORDER**

Based on the stipulation of the parties and good cause appearing, the Court adopts the above stipulation in its entirety as its order.  The Court further finds for the reasons given that failure to allow this continuance would deny counsel time for effective preparation and that the ends of justice outweigh the interest of the public and defendants in a speed trial.

IT IS SO ORDERED.

DATED: March 5, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2