J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Deandre Brown

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>     v.<br>DEANDRE BROWN,<br>          Defendant. | NO. CR. S-09-533 FCD<br>STIPULATION AND ORDER<br>CONTINUING SENTENCING |

This case is now set for sentencing on December 13, 2010. Because counsel for Defendant Brown needs some additional time to prepare objections to the pre-sentence report and a sentencing memorandum the parties stipulate that sentencing be reset for January 4, 2011 with the following modification of schedule:

   Objections to pre-sentence report due by December 7, 2010

   Filing of pre-sentence report: December 14, 2010

   Motion for correction: December 21, 2010;

   Reply due : December 28, 2010.

   Sentencing date: January 4, 2011, at 10:00 a.m.

 The parties respectfully request the Court so order.

1

1  Dated: November 21, 2010

2
     /s/ KYLE REARDON                    /S/ J TONEY
3        Kyle Reardon
                                         J. Toney
4    Assistant U.S. Attorney         Attorney for Defendant Brown

5

6

7
     **IT IS SO ORDERED.**
8
   Dated: November 22, 2010
9                                    _____
                                     FRANK C. DAMRELL, JR.
10                                   UNITED STATES DISTRICT JUDGE

2