J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Deandre Brown

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO. CR. S-09-533 FCD |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING SENTENCING |
| | ) | (February 7, 2011 at 10:00 |
| DEANDRE BROWN | ) | AM before Judge Damrell) |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

   This case is now set for sentencing on January 4, 2011. Because counsel for Defendant Brown needs some additional time to prepare sentencing objections, the parties stipulate that sentencing be continued to February 7, 2011, at 10:00 a.m.

   The parties respectfully request the Court so order.

Dated December 27, 2010

__/s/ KYLE REARDON__          __/S/ J TONEY_____
  Kyle Reardon                  J. Toney
  Assistant U.S. Attorney       Attorney for Defendant Brown

**IT IS SO ORDERED.**

Dated: December 28, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE