BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>DEANDRE LORNELL BROWN,<br><br>          Defendant. | 2:09-CR-0533 FCD<br><br>ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>Date: Monday, February 7, 2011<br>Time: 10:00 a.m.<br>Court: Hon. Frank C. Damrell, Jr. |

The parties request that the judgment and sentencing currently set for Monday, February 7, 2011, at 10:00 a.m., be continued to Monday, February 28, 2011, at 10:00 a.m..  The reason for this requested continuance is to permit the parties to

///
///
///
///
///
///
///
///
///

1

conclude their pre-sentence investigations and to prepare appropriate sentencing materials based upon those investigations.

In addition, an unanticipated conflict with the currently scheduled sentencing date has arisen. The attorney for the United States is currently in trial (<u>United States v. Torlai</u>; 2:08-CR-0329 JAM). This trial was originally set to conclude on Tuesday, January 25, 2011. However, due to the defense counsel's illness, this case was continued to February 3, 2011, and is expected to last until February 9, 2011.

DATED: January 25, 2011

Respectfully submitted,
BENJAMIN B. WAGNER
United States Attorney

By:

 <u>/s/ Kyle Reardon</u>
KYLE REARDON
MICHAEL M. BECKWITH
Assistant U.S. Attorneys

DATED: January 25, 2011

 <u>/s/ Kyle Reardon for</u>
J. TONEY
Counsel for the defendant

**O R D E R**

APPROVED AND SO ORDERED.

DATED: January 25, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE