| | |
|---|---|
| 1 | JOHN BALAZS, Bar #157287<br>Attorney at Law |
| 2 | 916 2nd Street, Suite F<br>Sacramento, California 95814 |
| 3 | Telephone: (916) 447-9299<br>John@Balazslaw.com |
| 4 | |
| 5 | Attorney for Defendant<br>DEANDRE LORNELL BROWN |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEANDRE LORNELL BROWN,<br><br>Defendant. | No. 2:09-CR-0533-JAM<br><br>STIPULATION AND ORDER<br><br>**Status Conference re Resentencing**:<br><br>Date: July 25, 2017<br>Time: 9:15 a.m.<br>Hon. John A. Mendez |

Defendant Deandre Lornell Brown, through counsel, and the United States, through counsel, hereby stipulate and request that the Court continue the status conference regarding resentencing from June 20, 2017 to July 25, 2017, at 9:15 a.m.

Defense counsel was neither trial nor appellate counsel. As a result, he needs additional time to review the record and consult with the client to prepare for resentencing. Assistant U.S. Attorney Michael Beckwith and the defendant concur with this request.

Respectfully submitted,

Dated: June 16, 2017

/s/ Michael Beckwith
MICHAEL BECKWITH

1

Dated: June 16, 2017

Counsel for Plaintiff United States

/s/ John Balazs
JOHN BALAZS
Counsel for Defendant Deandre Brown

**<u>ORDER</u>**

IT IS SO ORDERED.

Dated: 6/16/2017

/s/ John A. Mendez
Hon. John A. Mendez
U.S. District Court Judge