UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>DEANDRE LORNELL BROWN,<br><br>Movant. | Case No.   2:09-cr-00533-JAM-JDP<br><br>ORDER REQUIRING THE GOVERNMENT TO RESPOND TO MOVANT'S SECTION 2255 MOTION AND MOTION TO EXPAND THE RECORD<br><br>ECF Nos. 163, 164 |

Movant Deandre Lornell Brown, a federal prisoner proceeding without counsel, has filed a motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255.  ECF No. 163.  In it, he alleges that the attorney who represented him from his initial appearance through his first sentencing hearing[1] rendered ineffective assistance of counsel.  *Id.* at 4.  He claims that, had his attorney provided competent advice, he would have entered an open plea rather than going to trial.  *Id.* at 22-23.  Movant argues that an open plea would have reduced his offense level under the sentencing guidelines and, across both sentencing hearings, resulted in a lesser sentence.  *Id.* at 30-31.

---

[1] Movant was sentenced twice in connection with his crimes.  He was sentenced first by Judge Damrell.  ECF Nos. 99 & 101.  Movant appealed and that sentence was vacated by the Ninth Circuit.  ECF No. 124 at 4-6.  Movant was sentenced by Judge Mendez on remand, ECF No. 139, and that sentence was affirmed on appeal, ECF No. 161.

I must order a response from the government unless "the motion and the files and records of the case conclusively show that the prisoner is entitled to no relief." 28 U.S.C. § 2255(b); *see also* Rule 4(b), Rules Governing Section 2255 Proceedings for the United States District Courts. I cannot say that the movant is "conclusively" entitled to no relief. Therefore, the government must file a response to the section 2255 motion within sixty days of this order's entry. The government's response should also address movant's motion to expand the record. Finally, the government must include with its response any and all transcripts or other documents relevant to the determination of the issues presented in the motion. Rule 5, Rules Governing Section 2255 Proceedings. Movant's reply, if any, must be filed thirty days from the date the government files a response.

IT IS SO ORDERED.

Dated:   March 17, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2