UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-00533-JAM-JDP (PC) |
| Respondent, | ORDER DIRECT RESPONDENT TO SERVE MOVANT WITH A COPY OF ITS RESPONSE |
| v. | |
| DEANDRE LORNELL BROWN, | ECF No. 175 |
| Movant. | |

Movant Deandre Brown has filed a motion vacate, set aside or correct his sentence under 28 U.S.C. § 2255. ECF No. 164. On August 30, 2021, the government filed its response to the motion. ECF No. 172. Movant has since filed a document in which he states that he never received a copy of the government's response. ECF No. 175. The government's response did not include a proof of service, and the docket does not otherwise reflect that the response was properly served.

Accordingly, it is hereby ORDERED that:

1. Within seven days of the date of this order, respondent shall serve movant with a copy of its response to movant's motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255.

2. Respondent shall file with the court, within seven days of this order, a copy of the proof of service.

1

     3. Movant is granted until November 10, 2021 to file a reply to the government's response to his motion.

IT IS SO ORDERED.

Dated:   October 20, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE