IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>DEANDRE LORNELL BROWN<br>Defendant. | Case №: 2:09-cr-00533-DAD-1<br><br>**O R D E R**<br>**APPOINTING COUNSEL** |

The above-named Defendant has, under oath, sworn or affirmed as to his/her financial inability to employ counsel or has otherwise satisfied this Court that his/her is financially unable to obtain counsel and wishes counsel be appointed to represent him/her on Compassionate Release. The court ordered the Office of the Federal Defender to respond. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Benjamin Ramos be appointed to represent the above defendant in this case effective *nunc pro tunc* to July 15, 2026, substituting the Federal Defenders Office appointed per G.O. 595.

This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: **July 17, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE