UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DEANDRE BROWN,<br>Defendant. | Case No. 2:09-cr-0533-DAD-JDP (P)<br><br>ORDER |

The United States has moved for an extension of time, until September 25, 2026, to respond to Brown's motion for sentence reduction, ECF No. 200. ECF No. 205. Good cause being shown, the motion is granted.

It is ORDERED that the government's motion for extension of time, ECF No. 205, is GRANTED, and its response to Brown's motion for sentence reduction is due September 25, 2026.

IT IS SO ORDERED.

Dated: September 23, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE